FILED
AUG - 8 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Continental Casualty Company

**Plaintiff(s),**

v.  (CIVIL)(CRIMINAL) NO: 5:07-CV-63

Superior Walls of Ohio, Inc. et al.

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David S. Barbee, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8-8-07

_____
United States District Judge